Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 8:22-cv-2241 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| LEO HOTELIER GROUP LLC, | |
| Defendants. | |

Please take notice that the case has settled. The case settled a few weeks ago, but Plaintiff's counsel apologizes for neglecting to inform the Court sooner. Plaintiff's counsel understands the Court has schedules, and he should have informed the Court sooner. The parties anticipate filing closing documents within 30 days. Plaintiff's counsel will still respond to the Court's OSC unless it is vacated or taken off calendar.

DATED this 23d day of March, 2023.

*/s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff