P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>LEO HOTELIER GROUP LLC,<br><br>Defendant. | Case No: 8:22-cv-2241<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

The parties, by and through counsel, hereby stipulate to dismiss the above case with prejudice; each party to bear its/her own costs, fees and expenses. A proposed form of Order is attached.

RESPECTFULLY SUBMITTED this 25th day of April, 2023.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik
Attorneys for Plaintiff

/s/ Nathan Okelberry
Nathan Okelberry
Attorneys for Defendant