**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>LEO HOTELIER GROUP LLC,<br><br>Defendant. | Case No: 8:22-cv-02241-CJC-JDE<br><br>**ORDER** |

On Joint Motion and good cause shown,

IT IS ORDERED dismissing the above case with prejudice. Each party shall bear her/its own lawyer fees, expenses and costs.

DATED this 26th day of April 2023.

_____
Hon. Cormac J. Carney
U.C. District Court Judge